54284
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Mercedes-Benz Vehicle Trust
successor in interest to Daimler Trust
JM5630_____

|  |  |
|---|---|
| IN RE:  DWIGHT O. DIXON | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY  CHAPTER: 13  CASE NO:  23-19143  (CMG)  NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLANS, AND DISCLOSURE STATEMENTS |

Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust enters its appearance and the law firm of Morton & Craig LLC, pursuant to Fed R Bankr. P 9010, hereby enters their appearance as attorneys for Mercedes-Benz Vehicle Trust with regard to all matters and proceedings in the above captioned case, showing counsel's name, office address and telephone number as follows:

Morton & Craig, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100

Mercedes-Benz Vehicle Trust , pursuant to Fed R Bankr. P 2002, hereby requests that all notices required to be given under Fed R Bankr. P 2002, including notices under Fed R Bankr. P 2002(I), that, but for this Request, would be provided only to committees appointed pursuant to the Bankruptcy Code or their authorized agents, be given to Mercedes-Benz Vehicle Trust by due service upon its undersigned attorneys, Morton & Craig LLC, at the address stated above and also to it at the following address:

    Mercedes-Benz Vehicle Trust
    13650 Heritage Parkway
    Forth Worth, TX 76177

Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust, pursuant to Fed R Bankr. P 3017(a), further requests that all plans and disclosure statements filed herein by any party be duly served upon it and its undersigned attorneys.

    /s/   William E. Craig

    William E. Craig, Esquire
    Morton & Craig LLC
    Attorneys for Mercedes-Benz Vehicle Trust
    successor in interest to Daimler Trust

Dated: 12/27/23