UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

54284

Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N #200
Cherry Hill, NJ 08034
(856) 330-6200
Attorney for Mercedes-Benz Vehicle Trust
successor in interest to Daimler Trust

Order Filed on February 22, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

DWIGHT O. DIXON

Case No. 23-19143

Hearing Date: 2-7-24

Judge: (CMG)

**ORDER FOR MONTHLY PAYMENTS, STAY RELIEF UNDER CERTAIN CIRCUMSTANCES,
COUNSEL FEES, AND INSURANCE**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: February 22, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**

Debtor: Dwight O. Dixon

Case No: 23-19143

Caption of Order: Order for monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

This matter having brought before this Court on a Motion For Stay Relief filed by William E. Craig, Esq., attorney for Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust ("Mercedes-Benz"), with the appearance of Brian S. Thomas, Esq. on behalf of the Debtor, and this Order having been filed with the Court and served upon the Debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. **That Mercedes-Benz Financial Services ("Mercedes-Benz") is the holder of a first purchase money security interest encumbering a 2022 Mercedes-Benz C300 bearing vehicle identification number W1KAF4HB9NR051957.**

2. **That with the entry of this Order the Debtor has assumed the Lease.**

3. **That commencing February 2024, if the Debtor fails to make any payment to Mercedes-Benz within thirty (30) days after it falls due, Mercedes-Benz shall be entitled to stay relief upon filing a certification with the Court and serving it on the Debtor, his attorney, and the Chapter 13 Trustee.**

4. **That the Debtor must maintain insurance on the vehicle. The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each. Mercedes-Benz must be listed as loss payee. If the Debtor fails to maintain valid insurance on the vehicle, Mercedes-Benz shall be entitled to stay relief upon filing a certification that insurance has lapsed and serving such certification on the Debtor, his attorney, and the Chapter 13 Trustee.**

5. **That at the end of the lease the Debtor must either surrender the vehicle or purchase it in accordance with the lease end purchase option. Upon lease maturity, Mercedes-Benz shall be entitled to immediate stay relief in order to repossess (if necessary) and sell said vehicle without further application to the Court. The terms of this paragraph are deemed to be self-executing in nature.**

**(Page 3)**

Debtor:  Dwight O. Dixon

Case No: 23-19143

Caption of Order:  Order for monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

6.  **That the Debtor is to pay a counsel fee of $449.00 to Mercedes-Benz through his Chapter 13 Plan.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                Case No. 23-19143-CMG
Dwight O. Dixon                                                                  Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                    Page 1 of 1
Date Rcvd: Feb 22, 2024                   Form ID: pdf903                            Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dwight O. Dixon, 9 Azalea Court, Barnegat, NJ 08005-2049 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2024                    Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian S. Thomas | on behalf of Debtor Dwight O. Dixon brian@brianthomaslaw.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust wcraig@egalawfirm.com mortoncraigecf@gmail.com |

TOTAL: 5