|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Brian S. Thomas, LLC<br>Attorney at Law<br>327 Central Avenue, Suite 103<br>Linwood, New Jersey  08221<br>Attorney for Debtor(s)<br>By:  Brian S. Thomas, Esquire<br>Bar No. 1980<br><br>In Re:<br><br>DWIGHT O. DIXON |

Order Filed on March 6, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 23-19143

Adv. No.:

Hearing Date: 03/06/24

Judge: CMG

### ORDER SEEKING TO APPROVE PARTIAL CLAIMS MORTGAGE

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**

**DATED: March 6, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Page 2**
Debtor: Dwight O. Dixon
Case No.: 23-19143-CMG
Caption of Order: Seeking to Approve Partial Claims Mortgage

---

Upon consideration of Debtor's motion for an order Seeking to Approve Partial Claims Mortgage, and good cause appearing therefore, it is hereby **ORDERED** that the Partial Claims Mortgage with the Secretary of Housing and Urban Development and its successors and assigns (and prepared by the first mortgage, Midland Mortgage, a division of MidFirst Bank) is granted.