Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−19143−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Dwight O. Dixon
9 Azalea Court
Barnegat, NJ 08005

Social Security No.:
xxx−xx−8268

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 12, 2024.

Dated: August 12, 2024
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Dwight O. Dixon  
    Debtor

Case No. 23-19143-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Aug 12, 2024      Form ID: plncf13      Total Noticed: 55

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dwight O. Dixon, 9 Azalea Court, Barnegat, NJ 08005-2049 |
| cr | + | Mercedes-Benz Vehicle Trust successor in interest, 13650 Heritage Parkway, Fort Worth, TX 76177-5323 |
| 520077286 | + | Fairmount Park Homeowner's Ass'n, P.O. Box 239, Moorestown, NJ 08057-0239 |
| 520053967 | + | Hilton Resorts Corp, PO Box 618267, Orlando, FL 32861-8267 |
| 520053969 | + | Jamila Jones, 238 Overlook Drive, East Stroudsburg, PA 18301-6897 |
| 520053971 | #+ | Law Office of McInerney and Schmidt, LLC, 710 Main Street, Suite 2B, Moorestown, NJ 08057-3066 |
| 520053973 | + | Madelyn Vasquez Dixon, 9 Azalea Court, Barnegat, NJ 08005-2049 |
| 520053978 | + | Pentagroup Financial, 5959 Corporate Drive, Houston, TX 77036-2302 |
| 520053980 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Taxation, PO Box 267, Trenton, NJ 08695-0267 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 12 2024 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 12 2024 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520113869 | | Email/PDF: bncnotices@becket-lee.com | Aug 12 2024 21:00:48 | AMEX TRS Co., Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520093366 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2024 21:01:16 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520053958 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 12 2024 21:01:45 | Affirm, Inc., 650 California Street, San Francisco, CA 94108-2716 |
| 520133285 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 12 2024 21:00:38 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 520053959 | + | Email/PDF: bncnotices@becket-lee.com | Aug 12 2024 21:00:39 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 520096404 | | Email/PDF: bncnotices@becket-lee.com | Aug 12 2024 21:12:14 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520053960 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 12 2024 20:46:00 | Apple Card, PO Box 7247, Philadelphia, PA 19170-0001 |
| 520053961 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 12 2024 21:00:36 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |

Case 23-19143-CMG    Doc 44    Filed 08/14/24    Entered 08/15/24 00:16:20    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 12, 2024 | Form ID: plncf13 | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| 520088868 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Aug 12 2024 21:00:36 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520053962 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Aug 12 2024 21:00:36 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 520053963 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | | |
| | | | Aug 12 2024 21:00:36 | Dept of Ed/Aidvantage, 1891 Metro Center Drive, Reston, VA 20190-5287 |
| 520053964 | + | Email/Text: mrdiscen@discover.com | | |
| | | | Aug 12 2024 20:45:00 | Discover, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520059991 | | Email/Text: mrdiscen@discover.com | | |
| | | | Aug 12 2024 20:45:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520053966 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Aug 12 2024 21:12:15 | First Premier, 601 South Minnesota Avenue, Sioux Falls, SD 57104-4824 |
| 520094880 | ^ | MEBN | | |
| | | | Aug 12 2024 20:45:19 | Hilton Resorts Corporation, 6355 Metrowest Blvd., Suite 180, ORLANDO, FL 32835-7606 |
| 520053968 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Aug 12 2024 20:46:00 | Internal Revenue Service, PO Box 9012, Holtzville, NY 11742-9012 |
| 520115813 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Aug 12 2024 20:46:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520053970 | ^ | MEBN | | |
| | | | Aug 12 2024 20:45:36 | Kikoff Lending, PO Box 40070, Reno, NV 89504-4070 |
| 520116504 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Aug 12 2024 21:00:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520053972 | + | Email/Text: Documentfiling@lciinc.com | | |
| | | | Aug 12 2024 20:45:00 | Lending Club Corp, 71 Stevenson Street, San Francisco, CA 94105-2934 |
| 520053974 | + | Email/Text: M74banko@mercedes-benz.com | | |
| | | | Aug 12 2024 20:45:00 | Mercedes Benz Financial, PO Box 961, Roanoke, TX 76262-0961 |
| 520066629 | | Email/Text: notices@bkservicing.com | | |
| | | | Aug 12 2024 20:46:00 | Mercedes-Benz Vehicle Trust successor in interest, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 520115803 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | | Aug 12 2024 21:01:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520053975 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | | Aug 12 2024 21:12:21 | Midland Mortgage Company, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 520075656 | + | Email/Text: ext_ebn_inbox@navyfederal.org | | |
| | | | Aug 12 2024 20:47:00 | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 520053976 | + | Email/Text: ext_ebn_inbox@navyfederal.org | | |
| | | | Aug 12 2024 20:47:00 | Navy FCU, PO Box 3700, Merrifield, VA 22119-3700 |
| 520089401 | + | Email/PDF: cbp@omf.com | | |
| | | | Aug 12 2024 21:25:09 | ONEMAIN FINANCIAL, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 520053977 | + | Email/PDF: cbp@omf.com | | |
| | | | Aug 12 2024 21:25:09 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 520108194 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Aug 12 2024 21:12:12 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520120528 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Aug 12 2024 21:12:04 | Portfolio Recovery Associates, LLC, C/O Lending Club Corporation, POB 41067, Norfolk VA 23541 |
| 520151401 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Aug 12 2024 21:12:11 | Portfolio Recovery Associates, LLC, c/o CAPITAL ONE, N.A., POB 41067, Norfolk, VA 23541 |
| 520093363 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Aug 12 2024 21:00:47 | Pagaya Funding Trust, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520114220 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |

Case 23-19143-CMG    Doc 44    Filed 08/14/24    Entered 08/15/24 00:16:20    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 12, 2024 | Form ID: plncf13 | Total Noticed: 55 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 12 2024 20:46:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520128553 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 12 2024 20:45:00 | State of New Jersey, Division of Taxation-Bankruptcy Unit, PO Box 245, Trenton, NJ 08695 |
| 520053979 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Aug 12 2024 21:01:27 | Sofi Bank, 2750 East Cottonwood Parkway, Salt Lake City, UT 84121-7285 |
| 520053981 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 12 2024 21:12:10 | Syncb/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 520117444 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 12 2024 20:46:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 520106900 | ^ | MEBN | Aug 12 2024 20:45:49 | UNIFY Financial Federal Credit Union, 7935 W. Sahara Avenue, Suite 201, Las Vegas, NV 89117-7909 |
| 520053965 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 12 2024 20:46:00 | Elan Financial, PO Box 108, Saint Louis, MO 63179 |
| 520056416 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Aug 12 2024 21:01:30 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520053983 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Aug 12 2024 21:01:30 | US Department of HUD, 451 7th Street SW, Washington, DC 20410-0001 |
| 520053982 | + | Email/Text: bankruptcydepartment@unifyfcu.com | Aug 12 2024 20:45:00 | Unify Financial FCU, PO Box 10018, Manhattan Beach, CA 90267-7518 |
| 520053984 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 12 2024 21:01:42 | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |
| 520101487 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 12 2024 21:12:23 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520096406 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520075657 | *+ | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 14, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian S. Thomas | on behalf of Debtor Dwight O. Dixon brian@brianthomaslaw.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 5