| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 23-19143 / MEH**

Dwight O. Dixon

Petition Filed Date: 10/16/2023
341 Hearing Date: 11/30/2023
Confirmation Date: 08/07/2024

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2024 | $800.00 | | 01/29/2024 | $800.00 | | 02/28/2024 | $800.00 | |
| 04/05/2024 | $800.00 | | 05/06/2024 | $800.00 | | 06/11/2024 | $800.00 | |
| 09/11/2024 | $2,605.00 | | 10/22/2024 | $2,605.00 | | 11/19/2024 | $2,005.00 | |
| 12/17/2024 | $2,705.00 | | | | | | | |

**Total Receipts for the Period:  $14,720.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $16,520.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Dwight O. Dixon | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Brian S. Thomas, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,200.00 | $3,200.00 | $0.00 |
| 1 | U.S. DEPARTMENT OF HUD<br>»»  P/9 AZALEA COURT/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 2 | DISCOVER BANK | Unsecured Creditors | $6,174.13 | $0.00 | $6,174.13 |
| 3 | MERCEDES-BENZ FINANCIAL SERVICES<br>»»  2022 MERCEDES BENZ/LEASE | Debt Secured by Vehicle | $809.64 | $85.91 | $723.73 |
| 4 | NAVY FEDERAL CREDIT UNION | Unsecured Creditors | $980.01 | $0.00 | $980.01 |
| 5 | NAVY FEDERAL CREDIT UNION | Unsecured Creditors | $1,533.23 | $0.00 | $1,533.23 |
| 6 | NAVY FEDERAL CREDIT UNION | Unsecured Creditors | $16,923.39 | $0.00 | $16,923.39 |
| 7 | NAVY FEDERAL CREDIT UNION<br>»»  2022 CAN AM RYKER | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 8 | FAIRMOUNT PARK HOA | Unsecured Creditors | $3,515.03 | $0.00 | $3,515.03 |
| 9 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,340.29 | $0.00 | $2,340.29 |
| 10 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,367.43 | $0.00 | $1,367.43 |
| 11 | ONEMAIN FINANCIAL GROUP, LLC. | Unsecured Creditors | $5,503.89 | $0.00 | $5,503.89 |
| 12 | INTERNAL REVENUE SERVICE<br>»»  2013-2014;2016-2018 TAX PERIODS | Secured Creditors | $54,963.99 | $5,832.06 | $49,131.93 |
| 13 | INTERNAL REVENUE SERVICE<br>»»  2020-2023 | Priority Creditors | $42,729.14 | $0.00 | $42,729.14 |
| 14 | INTERNAL REVENUE SERVICE<br>»»  2018-2019 | Unsecured Creditors | $11,577.55 | $0.00 | $11,577.55 |
| 15 | PAGAYA FUNDING TRUST | Unsecured Creditors | $20,757.66 | $0.00 | $20,757.66 |
| 16 | AFFIRM | Unsecured Creditors | $805.60 | $0.00 | $805.60 |

**Chapter 13 Case No. 23-19143 / MEH**

| # | Creditor | Type | Amount | Paid | Balance |
|---|---|---|---:|---:|---:|
| 17 | AFFIRM | Unsecured Creditors | $650.30 | $0.00 | $650.30 |
| 18 | Hilton Resorts Corporation<br>»» NP/6355 METRO WEST BLVD, SUITE 180/1ST MTG | Mortgage Arrears | $1,224.84 | $129.96 | $1,094.88 |
| 19 | American Express National Bank | Unsecured Creditors | $3,295.44 | $0.00 | $3,295.44 |
| 20 | American Express National Bank | Unsecured Creditors | $4,606.84 | $0.00 | $4,606.84 |
| 21 | WELLS FARGO BANK, NA | Unsecured Creditors | $7,966.10 | $0.00 | $7,966.10 |
| 22 | Unify Financial FCU | Unsecured Creditors | $10,277.63 | $0.00 | $10,277.63 |
| 23 | Unify Financial FCU | Unsecured Creditors | $10,525.94 | $0.00 | $10,525.94 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE | Unsecured Creditors | $3,407.41 | $0.00 | $3,407.41 |
| 25 | AMEX TRS CO. INC | Unsecured Creditors | $2,019.03 | $0.00 | $2,019.03 |
| 26 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $1,219.61 | $0.00 | $1,219.61 |
| 27 | MIDFIRST BANK<br>»» P/9 AZALEA COURT/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 28 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» SYNCHRONY NETWORKS | Unsecured Creditors | $712.71 | $0.00 | $712.71 |
| 29 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $960.10 | $0.00 | $960.10 |
| 30 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,199.17 | $0.00 | $1,199.17 |
| 31 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,395.24 | $0.00 | $1,395.24 |
| 32 | LVNV FUNDING LLC<br>»» SYNCHRONY/AMAZON | Unsecured Creditors | $1,287.34 | $0.00 | $1,287.34 |
| 33 | U.S. BANK NATIONAL ASSOCIATION | Unsecured Creditors | $8,983.96 | $0.00 | $8,983.96 |
| 34 | PORTFOLIO RECOVERY ASSOCIATES<br>»» LENDING CLUB | Unsecured Creditors | $22,198.86 | $0.00 | $22,198.86 |
| 35 | NJ DIVISION OF TAXATION<br>»» 2021/IN FULL | Secured Creditors | $4,422.55 | $469.27 | $3,953.28 |
| 36 | NJ DIVISION OF TAXATION<br>»» 2022 | Priority Creditors | $4,647.78 | $0.00 | $4,647.78 |
| 37 | NJ DIVISION OF TAXATION<br>»» 2021,2023 | Unsecured Creditors | $991.13 | $0.00 | $991.13 |
| 38 | AiDVANTAGE OF BEHALF OF: THE DEPT OF ED | Unsecured Creditors | $38,047.84 | $0.00 | $38,047.84 |
| 39 | MERCEDES-BENZ FINANCIAL SERVICES<br>»» 2022 MERCEDES C300/ATTY FEES 2/22/24 | Debt Secured by Vehicle | $449.00 | $449.00 | $0.00 |
| 40 | Jamila Jones | Support Arrears | $0.00 | $0.00 | $0.00 |
| 41 | MIDFIRST BANK<br>»» 9 AZALEA CT/POST-PET ARREARS/ORDER 8/19/24 | Mortgage Arrears | $11,471.07 | $1,217.16 | $10,253.91 |
| 42 | MIDFIRST BANK<br>»» 9 AZALEA COURT/ATTY FEES 8/19/24 | Mortgage Arrears | $549.00 | $549.00 | $0.00 |

**Chapter 13 Case No. 23-19143 / MEH**

### SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,520.00 | Plan Balance: | $122,392.00 ** |
| Paid to Claims: | $11,932.36 | Current Monthly Payment: | $2,602.00 |
| Paid to Trustee: | $1,197.56 | Arrearages: | $4,692.00 |
| Funds on Hand: | $3,390.08 | Total Plan Base: | $138,912.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.**



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.