Albert Russo, Trustee  
Standing Chapter 13 Trustee  
PO Box 4853  
Trenton, NJ  08650-4853

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

### Trustee's Proposed Distribution Report

### Chapter 13 Case # 23-19143 / MEH

In Re:   Case Status: Confirmed

Dwight O. Dixon

The above referenced debtor(s) plan has been confirmed. The Standing Trustee's office has set up the case for distributions to creditors.

Attached is the Trustee's Proposed Distribution Report for review.

**ATTORNEYS AND CREDITORS:** IT IS YOUR RESPONSIBILITY to review this report and ensure that you are in agreement with the information contained therein. You are strongly advised to compare this report against your filed Proof of Claim and the court docket. If you are not in agreement with this report, you must notify the Trustee in writing, at the address listed above or via email to info@russotrustee.com, within five (5) days of the docketing of this information and/or file the appropriate motion with the court.

**UNSECURED CREDITORS:** If your claim does not appear on this report, please check the court's claims register to be sure it is properly filed. If it has been properly filed and it is to be paid through the confirmed plan, it will appear on the Trustee's Proposed Distribution Report that is filed after the bar review.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

### Trustee's Proposed Distribution Report

### Chapter 13 Case # 23-19143 / MEH

In Re:                                                                                       Case Status: Confirmed

Dwight O. Dixon

| | | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|---|
| Claim ID | Claimant Name | Dist. Priority | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Dwight O. Dixon | 5 | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Brian S. Thomas, Esq. | 13 | Attorney Fees | $3,200.00 | $3,200.00 | $0.00 |
| 40 | Jamila Jones | 13 | Support Arrears | $0.00 | $0.00 | $0.00 |
| 39 | MERCEDES-BENZ FINANCIAL SERVICES | 20 | Debt Secured by Vehicle | $449.00 | $449.00 | $0.00 |
| 42 | MIDFIRST BANK | 20 | Mortgage Arrears | $549.00 | $549.00 | $0.00 |
| 18 | Hilton Resorts Corporation | 24 | Mortgage Arrears | $1,224.84 | $171.55 | $1,053.29 |
| 12 | INTERNAL REVENUE SERVICE | 24 | Secured Creditors | $54,963.99 | $7,698.38 | $47,265.61 |
| 3 | MERCEDES-BENZ FINANCIAL SERVICES | 24 | Debt Secured by Vehicle | $809.64 | $113.40 | $696.24 |
| 41 | MIDFIRST BANK | 24 | Mortgage Arrears | $11,471.07 | $1,606.66 | $9,864.41 |
| 27 | MIDFIRST BANK | 24 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 7 | NAVY FEDERAL CREDIT UNION | 24 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 35 | NJ DIVISION OF TAXATION | 24 | Secured Creditors | $4,422.55 | $619.44 | $3,803.11 |
| 1 | U.S. DEPARTMENT OF HUD | 24 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 13 | INTERNAL REVENUE SERVICE | 28 | Priority Creditors | $42,729.14 | $0.00 | $42,729.14 |
| 36 | NJ DIVISION OF TAXATION | 28 | Priority Creditors | $4,647.78 | $0.00 | $4,647.78 |
| 16 | AFFIRM | 33 | Unsecured Creditors | $805.60 | $0.00 | $805.60 |
| 17 | AFFIRM | 33 | Unsecured Creditors | $650.30 | $0.00 | $650.30 |
| 38 | AiDVANTAGE OF BEHALF OF: THE DEPT C | 33 | Unsecured Creditors | $38,047.84 | $0.00 | $38,047.84 |
| 19 | American Express National Bank | 33 | Unsecured Creditors | $3,295.44 | $0.00 | $3,295.44 |
| 20 | American Express National Bank | 33 | Unsecured Creditors | $4,606.84 | $0.00 | $4,606.84 |
| 25 | AMEX TRS CO. INC | 33 | Unsecured Creditors | $2,019.03 | $0.00 | $2,019.03 |

Creditors are listed in the order they are scheduled to receive distributions. The **DIST. PRIORITY** column indicates order of payments. A lower code is paid first. Equal codes are paid pro-rata.

If unsecured creditors are scheduled to receive a dividend, they are paid on a pro-rata basis pursuant to the confirmed plan. As result, the amounts to be paid / balances due listed in this report reflect the claim balance and may not be the actual amount to be paid per the plan.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

### Trustee's Proposed Distribution Report

### Chapter 13 Case # 23-19143 / MEH

In Re:                                              Case Status: Confirmed

Dwight O. Dixon

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | CAPITAL ONE BANK (USA), N.A. | 33 | Unsecured Creditors | $2,340.29 | $0.00 | $2,340.29 |
| 10 | CAPITAL ONE BANK (USA), N.A. | 33 | Unsecured Creditors | $1,367.43 | $0.00 | $1,367.43 |
| 2 | DISCOVER BANK | 33 | Unsecured Creditors | $6,174.13 | $0.00 | $6,174.13 |
| 8 | FAIRMOUNT PARK HOA | 33 | Unsecured Creditors | $3,515.03 | $0.00 | $3,515.03 |
| 14 | INTERNAL REVENUE SERVICE | 33 | Unsecured Creditors | $11,577.55 | $0.00 | $11,577.55 |
| 28 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | Unsecured Creditors | $712.71 | $0.00 | $712.71 |
| 29 | LVNV FUNDING LLC | 33 | Unsecured Creditors | $960.10 | $0.00 | $960.10 |
| 30 | LVNV FUNDING LLC | 33 | Unsecured Creditors | $1,199.17 | $0.00 | $1,199.17 |
| 31 | LVNV FUNDING LLC | 33 | Unsecured Creditors | $1,395.24 | $0.00 | $1,395.24 |
| 32 | LVNV FUNDING LLC | 33 | Unsecured Creditors | $1,287.34 | $0.00 | $1,287.34 |
| 4 | NAVY FEDERAL CREDIT UNION | 33 | Unsecured Creditors | $980.01 | $0.00 | $980.01 |
| 5 | NAVY FEDERAL CREDIT UNION | 33 | Unsecured Creditors | $1,533.23 | $0.00 | $1,533.23 |
| 6 | NAVY FEDERAL CREDIT UNION | 33 | Unsecured Creditors | $16,923.39 | $0.00 | $16,923.39 |
| 37 | NJ DIVISION OF TAXATION | 33 | Unsecured Creditors | $991.13 | $0.00 | $991.13 |
| 11 | ONEMAIN FINANCIAL GROUP, LLC. | 33 | Unsecured Creditors | $5,503.89 | $0.00 | $5,503.89 |
| 15 | PAGAYA FUNDING TRUST | 33 | Unsecured Creditors | $20,757.66 | $0.00 | $20,757.66 |
| 34 | PORTFOLIO RECOVERY ASSOCIATES | 33 | Unsecured Creditors | $22,198.86 | $0.00 | $22,198.86 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES | 33 | Unsecured Creditors | $3,407.41 | $0.00 | $3,407.41 |
| 26 | PREMIER BANKCARD, LLC. | 33 | Unsecured Creditors | $1,219.61 | $0.00 | $1,219.61 |
| 33 | U.S. BANK NATIONAL ASSOCIATION | 33 | Unsecured Creditors | $8,983.96 | $0.00 | $8,983.96 |
| 22 | Unify Financial FCU | 33 | Unsecured Creditors | $10,277.63 | $0.00 | $10,277.63 |
| 23 | Unify Financial FCU | 33 | Unsecured Creditors | $10,525.94 | $0.00 | $10,525.94 |
| 21 | WELLS FARGO BANK, NA | 33 | Unsecured Creditors | $7,966.10 | $0.00 | $7,966.10 |

Creditors are listed in the order they are scheduled to receive distributions. The **DIST. PRIORITY** column indicates order of payments. A lower code is paid first. Equal codes are paid pro-rata.

If unsecured creditors are scheduled to receive a dividend, they are paid on a pro-rata basis pursuant to the confirmed plan. As result, the amounts to be paid / balances due listed in this report reflect the claim balance and may not be the actual amount to be paid per the plan.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**Trustee's Proposed Distribution Report**

**Chapter 13 Case # 23-19143 / MEH**

In Re:   Case Status: Confirmed

Dwight O. Dixon

| CASE SUMMARY | | | |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through February 26, 2025. | | | |
| Total Receipts: | $18,020.00 | Current Monthly Payment: | $2,602.00 |
| Paid to Claims: | $14,407.43 | Arrearages: | $5,794.00 |
| Paid to Trustee: | $1,325.06 | | |
| Funds on Hand: | $2,287.51 | Total Plan Base: | $138,912.00 |

Creditors are listed in the order they are scheduled to receive distributions. The **DIST. PRIORITY** column indicates order of payments. A lower code is paid first. Equal codes are paid pro-rata.

If unsecured creditors are scheduled to receive a dividend, they are paid on a pro-rata basis pursuant to the confirmed plan. As result, the amounts to be paid / balances due listed in this report reflect the claim balance and may not be the actual amount to be paid per the plan.