| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Albert Russo<br>Standing Chapter 13 Trustee<br>PO Box 4853<br>Trenton, NJ 08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |

| In re:<br><br>Dwight O. Dixon<br><br><br>Debtor(s) | Case No.: 23-19143 / MEH<br><br>Judge: Mark Edward Hall<br><br>Chapter: 13 |
|---|---|

## CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 5/14/2025, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

   **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated: 5/14/2025                                                                 /s/ Kierstyn Buchanan

                                                                                                Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Dwight O. Dixon<br>9 Azalea Court<br>Barnegat, NJ   08005 | Debtor(s) | Regular Mail |
| Brian S. Thomas, Esq.<br>327 Central Ave.<br>Suite 103<br>Linwood, NJ   08221 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |