Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 23−19143−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Dwight O. Dixon
  9 Azalea Court
  Barnegat, NJ 08005

Social Security No.:
  xxx−xx−8268

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 6/18/25 at 09:00 AM

to consider and act upon the following:

**56** − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 5/29/2025. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 5/29/25

                    Jeanne Naughton
                    Clerk, U.S. Bankruptcy Court