Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  23–19143–MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Dwight O. Dixon
9 Azalea Court
Barnegat, NJ 08005

Social Security No.:
xxx–xx–8268

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 11/12/25 at 09:00 AM

to consider and act upon the following:

*63* – Creditor's Certification of Default (related document:54 Order Resolving Creditor's Certification of Default) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 10/21/2025. (Attachments: # 1 Exhibit A – Order Curing Post–Petition Arrears # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 10/21/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court