Hearing on BK Case    Page 1 of 1

Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23–19143–MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Dwight O. Dixon
9 Azalea Court
Barnegat, NJ 08005

Social Security No.:
xxx–xx–8268

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 12/3/25 at 09:00 AM

to consider and act upon the following:

*69* – Creditor's Certification of Default (related document:24 Order on Motion For Relief From Stay) filed by William E. Craig on behalf of Mercedes–Benz Vehicle Trust successor in interest to Daimler Trust. Objection deadline is 12/2/2025. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Craig, William)

Dated: 11/25/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court