Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−19143−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Dwight O. Dixon
9 Azalea Court
Barnegat, NJ 08005

Social Security No.:
xxx−xx−8268

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/14/26.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 14, 2026
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Dwight O. Dixon  
    Debtor

Case No. 23-19143-MEH  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Jan 14, 2026      Form ID: 148      Total Noticed: 54

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dwight O. Dixon, 9 Azalea Court, Barnegat, NJ 08005-2049 |
| cr | + | Mercedes-Benz Vehicle Trust successor in interest, 13650 Heritage Parkway, Fort Worth, TX 76177-5323 |
| 520077286 | + | Fairmount Park Homeowner's Ass'n, P.O. Box 239, Moorestown, NJ 08057-0239 |
| 520053967 | + | Hilton Resorts Corp, PO Box 618267, Orlando, FL 32861-8267 |
| 520053969 | + | Jamila Jones, 238 Overlook Drive, East Stroudsburg, PA 18301-6897 |
| 520053973 | + | Madelyn Vasquez Dixon, 9 Azalea Court, Barnegat, NJ 08005-2049 |
| 520053978 | + | Pentagroup Financial, 5959 Corporate Drive, Houston, TX 77036-2302 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 14 2026 21:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 14 2026 21:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520113869 | | Email/PDF: bncnotices@becket-lee.com | Jan 14 2026 21:03:26 | AMEX TRS Co., Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520093366 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2026 21:04:11 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520053958 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 14 2026 21:17:05 | Affirm, Inc., 650 California Street, San Francisco, CA 94108-2716 |
| 520133285 | + | EDI: MAXMSAIDV | Jan 15 2026 01:53:00 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 520053959 | + | Email/PDF: bncnotices@becket-lee.com | Jan 14 2026 21:03:43 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 520096404 | | Email/PDF: bncnotices@becket-lee.com | Jan 14 2026 21:03:57 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520053960 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 14 2026 20:59:00 | Apple Card, PO Box 7247, Philadelphia, PA 19170-0001 |
| 520053961 | + | EDI: CAPITALONE.COM | Jan 15 2026 01:53:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520088868 | + | EDI: AIS.COM | Jan 15 2026 01:53:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520053962 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

Case 23-19143-MEH    Doc 79    Filed 01/16/26    Entered 01/17/26 00:16:21    Desc Imaged
                               Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 14, 2026 | Form ID: 148 | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| | | | Jan 14 2026 21:03:42 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 520053963 | + | EDI: MAXMSAIDV | | |
| | | | Jan 15 2026 01:53:00 | Dept of Ed/Aidvantage, 1891 Metro Center Drive, Reston, VA 20190-5287 |
| 520053964 | + | EDI: DISCOVER | | |
| | | | Jan 15 2026 01:53:00 | Discover, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520059991 | | EDI: DISCOVER | | |
| | | | Jan 15 2026 01:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520053966 | + | EDI: AMINFOFP.COM | | |
| | | | Jan 15 2026 01:53:00 | First Premier, 601 South Minnesota Avenue, Sioux Falls, SD 57104-4824 |
| 520094880 | + | Email/Text: bankruptcy@hgv.com | | |
| | | | Jan 14 2026 20:59:00 | Hilton Resorts Corporation, 6355 Metrowest Blvd., Suite 180, ORLANDO, FL 32835-7606 |
| 520053968 | + | EDI: IRS.COM | | |
| | | | Jan 15 2026 01:53:00 | Internal Revenue Service, PO Box 9012, Holtzville, NY 11742-9012 |
| 520115813 | | EDI: JEFFERSONCAP.COM | | |
| | | | Jan 15 2026 01:53:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520053970 | + | Email/Text: bankruptcy@kikoff.com | | |
| | | | Jan 14 2026 20:59:00 | Kikoff Lending, PO Box 40070, Reno, NV 89504-4070 |
| 520116504 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jan 14 2026 21:03:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520053972 | + | EDI: LENDNGCLUB | | |
| | | | Jan 15 2026 01:53:00 | Lending Club Corp, 71 Stevenson Street, San Francisco, CA 94105-2985 |
| 520053974 | + | EDI: MERCEDES | | |
| | | | Jan 15 2026 01:53:00 | Mercedes Benz Financial, PO Box 961, Roanoke, TX 76262-0961 |
| 520066629 | | Email/Text: notices@bkservicing.com | | |
| | | | Jan 14 2026 20:59:00 | Mercedes-Benz Vehicle Trust successor in interest, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 520115803 | + | EDI: AISMIDFIRST | | |
| | | | Jan 15 2026 01:53:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520053975 | + | EDI: AISMIDFIRST | | |
| | | | Jan 15 2026 01:53:00 | Midland Mortgage Company, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 520075656 | + | EDI: NFCU.COM | | |
| | | | Jan 15 2026 01:53:00 | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 520053976 | + | EDI: NFCU.COM | | |
| | | | Jan 15 2026 01:53:00 | Navy FCU, PO Box 3700, Merrifield, VA 22119-3700 |
| 520089401 | + | EDI: AGFINANCE.COM | | |
| | | | Jan 15 2026 01:53:00 | ONEMAIN FINANCIAL, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 520053977 | + | EDI: AGFINANCE.COM | | |
| | | | Jan 15 2026 01:53:00 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 520108194 | | EDI: PRA.COM | | |
| | | | Jan 15 2026 01:53:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520120528 | | EDI: PRA.COM | | |
| | | | Jan 15 2026 01:53:00 | Portfolio Recovery Associates, LLC, C/O Lending Club Corporation, POB 41067, Norfolk VA 23541 |
| 520151401 | | EDI: PRA.COM | | |
| | | | Jan 15 2026 01:53:00 | Portfolio Recovery Associates, LLC, c/o CAPITAL ONE, N.A., POB 41067, Norfolk, VA 23541 |
| 520093363 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jan 14 2026 21:04:09 | Pagaya Funding Trust, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520114220 | + | EDI: JEFFERSONCAP.COM | | |
| | | | Jan 15 2026 01:53:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520053980 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 14, 2026 | Form ID: 148 | Total Noticed: 54 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 14 2026 20:59:00 | State of New Jersey, Department of Taxation, PO Box 267, Trenton, NJ 08695-0267 |
| 520128553 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 14 2026 20:59:00 | State of New Jersey, Division of Taxation-Bankruptcy Unit, PO Box 245, Trenton, NJ 08695 |
| 520053979 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Jan 14 2026 21:03:25 | Sofi Bank, 2750 East Cottonwood Parkway, Salt Lake City, UT 84121-7285 |
| 520053981 | + | EDI: SYNC | Jan 15 2026 01:53:00 | Syncb/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 520117444 | | EDI: USBANKARS.COM | Jan 15 2026 01:53:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 520106900 | ^ | MEBN | Jan 14 2026 20:59:09 | UNIFY Financial Federal Credit Union, 7935 W. Sahara Avenue, Suite 201, Las Vegas, NV 89117-7909 |
| 520053965 | | EDI: USBANKARS.COM | Jan 15 2026 01:53:00 | Elan Financial, PO Box 108, Saint Louis, MO 63179 |
| 520056416 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jan 14 2026 21:03:28 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520053983 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jan 14 2026 21:03:28 | US Department of HUD, 451 7th Street SW, Washington, DC 20410-0001 |
| 520053982 | + | Email/Text: bankruptcydepartment@unifyfcu.com | Jan 14 2026 20:59:00 | Unify Financial FCU, PO Box 10018, Manhattan Beach, CA 90267-7518 |
| 520053984 | + | EDI: WFHOME | Jan 15 2026 01:53:00 | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |
| 520101487 | | EDI: WFCCSBK | Jan 15 2026 01:53:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520096406 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520075657 | *+ | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 520053971 | ##+ | Law Office of McInerney and Schmidt, LLC, 710 Main Street, Suite 2B, Moorestown, NJ 08057-3066 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2026           Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian S. Thomas | on behalf of Debtor Dwight O. Dixon brian@brianthomaslaw.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 6