UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brian S. Thomas, LLC
Attorney at Law
327 Central Avenue, Suite 103
Linwood, New Jersey  08221
Attorney for: Debtor(s)
By:  Brian S. Thomas, Esquire
Bar No. 1980

In Re:

 DWIGHT O. DIXON

| | |
|---|---|
| Case No.: | 23-19143 |
| Chapter: | 13 |
| Hearing Date: | 03/18/26 |
| Judge: | MEG |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below
has been:

☐ Settled          ☒ Withdrawn

Matter: Motion to Reinstate

_____

Date: 03/09/26                    /s/ Brian S. Thomas
                                  Signature

*rev.8/1/15*